# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Chelsey Craig, et al.,
    Plaintiffs

v.                          Case No.  1:16-cv-277

Landry's Inc., et al.,
    Defendants

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

      **IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss the second amended complaint and to strike is **GRANTED**.  Plaintiff's motion for leave to amend the second amended complaint and to seal are **DENIED**.

Date: June 21, 2016                          Richard W. Nagel, Clerk

                                                      By: s/Mary C. Brown
                                                       Mary C. Brown, Deputy Clerk